IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.:5:25-cr-1-25 |
| ANTARIOUS MCTEAR, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defense Counsel's Unopposed Motion To Be Excused. Doc. 455. The parties filed a Notice of Plea Agreement on April 18, 2025. Doc. 456. After careful consideration and for good cause shown, the Defendant's Motion is **GRANTED**. Defense counsel Johnny Emmett Clyde Vines is excused from having to appear for the Status Conference set in this case for Monday, April 21, 2025 at 10:00 a.m., Courtroom 1, Waycross Federal Courthouse.

**SO ORDERED**, this 18th day of April, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA